**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6806

PATRICK O'NEAL HARRIS,

Plaintiff - Appellant,

v.

FEDERAL BUREAU OF PRISONS; W. PISTORY; TIMOTHY YOUNG; S. JANSON; L. NEWCOMBE; T. HAMILTON; A. LEMOS; P. DAVIS; R. FERRY; COLEMAN; EVANS; K. BORNODEN; WELLS; NEVILS; D. COOPER; PARKER; A. BRAYES; C. BARSH; PRESTON; MOREAUS; WILLIARD; SCREWS; GUSS; VINDANVER; LOVETT; ELLISON; C. THORPE; B. PEREZ; HOWARD; READY; M. ALLEN; A. BRINSON; K. RIDGEWAY; RANDOLPH; R. VELEZ; K. JULIAN; L. BRABHAM; M. TAYLOR; C. RODRIGUES; DORSEY; S. GIANELLI; K. WOHLGEMUTH; MORGAN; A. ANDERSON; SCHMIDTZ; F. COLLINS; DIRECTOR OF THE FEDERAL BUREAU OF PRISONS; JOHN DOES,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Donald C. Coggins, Jr., District Judge. (2:23-cv-06282-DCC)

Submitted: February 19, 2026                    Decided: February 24, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrick O'Neal Harris, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O'Neal Harris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Harris's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671-2680, and other causes of action not relevant to this appeal. We have reviewed the record, as well as the issues raised in Harris's informal brief, and find no reversible error. Accordingly, we affirm the district court's judgment. *Harris v. Fed. Bureau of Prisons*, No. 2:23-cv-06282-DCC (D.S.C. Sep. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*